## (October 20, 1953.)

PATRICIA L. NEVIN, Respondent, v. SOPHIE N. WEMPLE et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

BASCOM LAUNDER CORP. et al., Suing for Themselves and for All Other Creditors of TELECOIN CORPORATION, Respondents, v. TELECOIN CORPORATION, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

SIDNEY LANDAU DIAMOND CUTTING CORPORATION, Appellant, v. NATHAN WEINGARTEN, Respondent.— Determination unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

WILLIAM A. CAMPBELL et al., Constituting the Bondholders' Protective Committee for the Holders of First Lien and Refunding Mortgage 5% Bonds, Issued by Hudson & Manhattan Railroad Company, et al., on Their Own Behalf and on Behalf of All Other Holders of Said Bonds, Respondents-Appellants, v. HUDSON & MANHATTAN RAILROAD COMPANY, Appellant-Respondent, et al., Defendants.— The injunctive and directive provisions of the judgment are warranted as protective measures. The allowance of a counsel fee to plaintiffs is also warranted as the plaintiffs virtually acted in the position of the trustee. It also appears that in fact the services of plaintiffs' counsel were for the benefit of the defendant company. Judgment unanimously affirmed. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.; Cohn, J., taking no part. [See post, p. 935.]

EVELYN GRAY-LEWIS, Appellant, v. COLIN GRAY-LEWIS, Respondent.— Judgment affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.; Cohn and Bastow, JJ., dissent and vote to reverse and deny on the authority of Long v. Long (281 App. Div. 254).